UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| GARY R. ANDERSON and wife WENDY ANDERSON, | ) ) ) ) |
| Plaintiffs | ) Civil No.: 3:04-cv-549 ) JURY DEMANDED |
| v. | ) ) |
| AVERITT EXPRESS, INC. ET AL. | ) ) ) |
| Defendants | ) |

### PROPOSED STIPULATION OF DISMISSAL

Come now the parties, through counsel, and pursuant to Federal Rules of Civil Procedure, Rule 41, and agree to a Stipulation of Dismissal without Prejudice of defendant Renee Bocanegra only. Costs of the Dismissal to be taxed to plaintiffs and their surety and reserved until completion of the litigation against the remaining defendants.

ENTER this 11th day of April, 2006.

_Thomas H. Phillips_
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

LAW OFFICES OF J.D. LEE, PLLC

_____
Dan Channing Stanley, BPR 021002
Attorney for Plaintiffs
422 South Gay Street, Suite 301

1

Knoxville, TN 37902
(865) 544-0101


BAKER, MCREYNOLDS, O'KANE, ATKINS & THOMPSON

*/s/ John W. Baker, Jr. (with permission)*

John W. Baker, Jr.
Attorney for C.C. Western, Inc.
2607 Kingston Pike, Suite 200
P.O. Box 1708
Knoxville, TN 37901-1708
(865) 637-5600


BUNSTINE, WATSON & MCELROY

*/s/ Louis A. McElroy, II*

Louis Andrew McElroy, II
Attorney for Averitt Express, Inc. and Grigore Feier
800 S. Gay Street, Suite 2001
Knoxville, TN 37929-2001
(865) 523-0466


LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

*/s/ Steven W. Keyt*

Steven W. Keyt
Attorney for Roadway Express, Inc. and
Martin C. Turner
Third Floor, Pioneer Building
Chattanooga, TN 37402
(423) 265-0214


LEWIS, KING, KRIEG & WALDROP

*/s/ Gregory S. McMillan*

Gregory S. McMillan
P.O. Box 2425

2

One Centre Square, 620 Market St.
Knoxville, TN 37901-2425

## CERTIFICATE OF SERVICE

I hereby certify that on 4/10/06, a copy of the foregoing stipulation was filed *manually*. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ Dan Channing Stanley
TN BPR#: 021002
Law Offices of J.D. Lee
422 S. Gay Street, Suite 301
Knoxville, TN 37902
(865) 544-0101

3